UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PETE KELLER, JR., | § | |
| | § | |
|     Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-7 |
| | § | |
| COASTAL BEND COLLEGE, | § | |
| | § | |
|     Defendant. | § | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636, the Court refers this case to Magistrate Judge Jason Libby for all pretrial purposes, including the hearing and determination of all procedural and discovery motions, the management of the case before trial, the setting of a date for trial, and all other matters authorized by this statute and the Federal Rules of Civil Procedure. The Magistrate Judge shall also hear and make a recommendation to the Court as to all dispositive motions, including motions to dismiss and motions for summary judgment. See Southern District of Texas General Order No. 2002-13, Article II, Part B.

ORDERED this 22nd day of April, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE